CHRISTIAN MOSEL, Respondent, *v.* THE WILLIAM H. FRANK BREWING COMPANY, Appellant.

*Mosel* v. *Frank Brewing Co.*, 13 App. Div. 99, affirmed.
(Argued January 31, 1900; decided Febuary 16, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*M. Hallheimer* for appellant.

*Bernard J. Isecke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.

---

JENNIE C. WILDER, Appellant, *v.* THE METROPOLITAN STREET RAILWAY COMPANY, Respondent.

*Wilder* v. *Metropolitan Street R. Co.*, 10 App. Div. 364, affirmed.
(Argued January 31, 1900 ; decided February 16, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 7, 1896, affirming a judgment in favor of defendant entered upon a verdict, and an order denying a motion for a new trial:

*Samuel S. Whitehouse* for appellant.

*Charles F. Brown* and *Henry A. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.